Jenkins Unemployment Compensation Case.

Argued November 15, 1966. *A. Richard Nernberg,* with him *Stuart Savage,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

Kobulnicky, Appellant, *v.* Allen et al.

Argued November 15, 1966. *George B. Stegenga,* for appellant; *Wray G. Zelt,* for appellees.

Judgment affirmed.

Krey Unemployment Compensation Case.

Argued November 15, 1966. *Agnes Watson Krey,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.